# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RONALD ZEBROWSKI, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-50 |
| | * | |
| v. | * | |
| | * | |
| WARDEN LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 16. Petitioner Ronald Zebrowski ("Zebrowski") filed Objections to this Report and Recommendation. Dkt. No. 17.

In his Objections, Zebrowski asserts the Magistrate Judge and Respondent both used incorrect dates for the date of arrest, the date of the charged offense, and when Zebrowski began his confinement. Id. at p. 1. However, nothing in Zebrowski's conclusory Objections or underlying filings indicates the Magistrate Judge erred in his findings. The Magistrate Judge cited objective evidence of record in this case, as well as

controlling case law, in reaching his recommendations. Dkt. No. 16.

The Court **OVERRULES** Zebrowski's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **GRANTS** Respondent's Motion to Dismiss, **DENIES** Zebrowski's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Zebrowski *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_9\_\_ day of \_\_March\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)