AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RONALD ZEBROWSKI,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV220-050

WARDEN LINDA GETER,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 10th day of March 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Therefore, Respondent's motion to dismiss is GRANTED, Petitioner's 28 U.S.C. § 2241 petition is DENIED, and Petitioner is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 10, 2021

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020